# E-FILING United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

## ADR

Gui Ying Wu

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Peter D. Keisler, Acting United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation



C 07   04858   MEJ

TO: (Name and address of defendant)

David Still
San Francisco District Director
U.S. Citizenship and Immigration Services
San Francisco District Office
630 Sansome Street
San Francisco, CA 94111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SEP 2 0 2007

Richard W. Wieking

CLERK

DATE_____

(BY) DEPUTY CLERK

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA



# ADR

Gui Ying Wu

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Peter D. Keisler,  Acting United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

C 07 04958 MEJ

TO: (Name and address of defendant)

Peter D. Keisler
Acting United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60    days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

SEP 2 0 2007

DATE_____

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Gui Ying Wu



**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.



Peter D. Keisler,  Acting United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within    60    days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE_____    SEP 2 0 2007

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

# ADR

Gui Ying Wu

 E-FILING

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

C07    04858

**MEJ**

Peter D. Keisler,  Acting United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

DATE  SEP 2 0 2007

(BY) DEPUTY CLERK

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

Gui Ying Wu

**ADR**

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER:

C07 04858 MEJ

Peter D. Keisler, Acting United States Attorney General, United States Department of Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services;
David Still, San Francisco District Director, United States Citizenship and Immigration Services;
Robert S. Mueller III, Director of Federal Bureau of Investigation

TO: (Name and address of defendant)

Robert S. Mueller, III
Director of FBI
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, DC 20536-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

(BY) DEPUTY CLERK

DATE   SEP 2 0 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | 9/22/2007 |
| Name of SERVER
Bo Li | TITLE | Office Administrator |

| Check one box below to indicate appropriate method of service |
|---|

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other *(specify)*:

      Certified mail with return receipt

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | U.S.P.S. | $ 45.66 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    9/22/2007
          *Date*

Signature of Server   Law Offices of Jean D. Chen
                  2107 N. First Street, Suite 300
                  San Jose, CA 95131

*Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530 — OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.82 | 0002 |
| Certified Fee | $2.65 | |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.62 | 09/24/2007 |

Sent To  Peter D. Keisler
Street, Apt. No.; or PO Box No.  950 Pennsylvania Ave NW
City, State, ZIP+4  Washington DC  20530-0001

PS Form 3800, June 2002                See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20528 — OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.65 | 0002 |
| Certified Fee | $2.65 | 20 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | 09/24/2007 |

Sent To  Michael Chertoff
Street, Apt. No.; or PO Box No.  US Department of homeland security
City, State, ZIP+4  Washington DC  20528

PS Form 3800, June 2002                See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN FRANCISCO CA 94102 — OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.82 | 0002 |
| Certified Fee | $2.65 | |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.62 | 09/24/2007 |

Sent To  US Attorneys Office
Street, Apt. No.; or PO Box No.  450 Golden Gate Ave 11th Floor
City, State, ZIP+4  San Francisco CA  94102

PS Form 3800, June 2002                See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20536 — OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.65 | 0002 |
| Certified Fee | $2.65 | |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.45 | 09/24/2007 |

Sent To  Emilio T Gonzalez
Street, Apt. No.; or PO Box No.  425 I Street NW
City, State, ZIP+4  Washington DC  20536-0003

PS Form 3800, June 2002                See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

SAN FRANCISCO CA 94111 — OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.65 | 0002 |
| Certified Fee | $2.65 | |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.45 | 09/24/2007 |

Sent To  David Still
Street, Apt. No.; or PO Box No.  630 Sansome St
City, State, ZIP+4  San Francisco CA  94111

PS Form 3800, June 2002                See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20536 — OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.65 | 0002 |
| Certified Fee | $2.65 | 20 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.45 | 09/24/2007 |

Sent To  Robert S Mueller III
Street, Apt. No.; or PO Box No.  935 Pennsylvania Ave NW
City, State, ZIP+4  Washington DC  20536-0001

PS Form 3800, June 2002                See Reverse for Instructions



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20528

| | | |
|---|---|---|
| Postage | $ $1.82 | 0002 |
| Certified Fee | $2.65 | 20 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.62 | |

Postmark: SEP 22 2007 / 09/24/2007

Sent To: Office of the General Counsel
Street, Apt. No.; or PO Box No. US Dept. of Homeland Security
City, State, ZIP+4 Washington DC 20528

PS Form 3800, June 2002    See Reverse for Instructions

7006 0810 0000 7640 0748

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices

of Jean D. Chen and my business address is:

2107 N. First St., Suite 300, San Jose CA, 95131

On ___9-22-07___ I served:

1) **Summons in a Civil Action;**
2) **Plaintiff's original complaint for petition for hearing on naturalization application under 8 U.S.C. §1447(b);**
3) **Order setting initial case management conference and ADR deadlines; Case Management Standing Order; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Consent to Proceed Before a United States Magistrate Judge; Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment to a United States District Judge; Notice of Trial Assignment to United States Magistrate Judge and Order to File Consent/Request for Reassignment Form; Standing Order Re: Discovery and Dispute Procedures for Cases Assigned or referred to Mag. Judge Maria-Elena James; Contents of Joint Case Management Statement; Consent to Assignment or Request for Reassignment;**

on the persons or entities named below, for the case Wu v. Keisler, et al., **(07-04858 MEJ)** by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

**Peter D. Keisler**
**Acting United States Attorney General**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530-0001**

**Michael Chertoff**
**Secretary of the Department of Homeland Security**
**U.S. Department of Homeland Security**
**Washington, DC 20528**

**Emilio T. Gonzalez**
**Director**
**U.S. Citizenship and Immigration Services**
**425 I Street, NW**
**Washington, DC 20536-0003**

**David Still**
**San Francisco District Director**
**U.S. Citizenship and Immigration Services**

**San Francisco District Office**
**630 Sansome Street**
**San Francisco, CA 94111**

**Robert S. Mueller, III**
**Director of FBI**
**Federal Bureau of Investigation**
**J. Edgar Hoover Building**
**935 Pennsylvania Avenue, NW**
**Washington, DC 20536-0001**

**Attn: U.S. Attorney**
**United States Attorney's Office**
**450 Golden Gate Ave.**
**11th Floor**
**San Francisco, CA 94102**

**Office of the General Counsel**
**U.S. Department of Homeland Security**
**Washington, DC 20528**

Date of mailing: _9-22-07_ Place of mailing: San Jose, California.

I declare under penalty of perjury under the laws of the United States of America that the

forgoing is true and correct.

Executed this _9-22-07_ at San Jose, California

Bo Li