1  Justin Fok, Esq., CA Bar: 242272
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
   San Jose, CA 95131
3  Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiff
   Gui Ying Wu
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11
   **Gui Ying Wu**                              ) Case No. 07-04858 MEJ
12                                               )
                Plaintiff,                       )
13                                               )
         v.                                      )
14                                               )  **NOTICE OF CHANGE OF ADDRESS**
                                                 )
15 **Peter D. Keisler**, Acting United States    )
   Attorney General;                             )
16 **Michael Chertoff**, Secretary of the        )
   Department of Homeland Security;              )
17 **Emilio T. Gonzalez**, Director of United States )
   Citizenship and Immigration Services;         )
18 **David Still**, San Francisco District Director, )
19 United States Citizenship and Immigration     )
   Services;                                     )
20 **Robert S. Mueller III**, Director of Federal )
   Bureau of Investigation,:                     )
21                                               )
                                                 )
22              Defendants.                      )
23 ─────────────────────────────                 )

24                    NOTICE OF CHANGE OF ADDRESS

25       TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

26       PLEASE TAKE NOTICE THAT Justin G. Fok has changed addresses.

27       Current Contact Information:

28

Case No. 07-04858 MEJ                    1
Notice of Change of Address

1  Justin G. Fok
   Law Offices of Jean D. Chen
2  2107 N. First Street, Suite 400
3  San Jose, CA 95131

4
   Dated: October 17, 2007                              Respectfully Submitted,
5

6
                                                        _____/s/_____
7                                                       Justin Fok, CA Bar: 242272
                                                        Attorney for Plaintiff
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 07-04858 MEJ                    2
Notice of Change of Address