1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 GUI YING WU,                              )
                                             )  No. C 07-4858 MEJ
13              Plaintiff,                   )
                                             )
14         v.                                )
                                             )  **ANSWER**
15 PETER D. KEISLER, Acting United States    )
   Attorney General,                         )
16 MICHAEL CHERTOFF, Secretary of the        )
   Department of Homeland Security;          )
17 EMILIO T. GONZALEZ, Director of United    )
   States Citizenship and Immigration Services; )
18 DAVID STILL, San Francisco District Director, )
   United States Citizenship and Immigration )
19 Services;                                 )
   ROBERT S. MUELLER, III, Director          )
20 of the Federal Bureau of Investigation,   )
                                             )
21              Defendants.                  )
                                             )
22

23     Defendants hereby submit their answer to Plaintiff's Petition for a Hearing on Naturalization

24 Application Under 8 U.S.C. § 1447(b).

25     1. Paragraph one consists of Plaintiff's characterization of the lawsuit for which no admission

26 or denial is required. However, to the extent a responsive pleading is deemed to be required, the

27 Defendants deny the allegations in this paragraph.

28

ANSWER
C 07-4858 MEJ                                1

**PARTIES**

2. Defendants admit the allegations in Paragraph Two.

3. Defendants admit the allegations in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the allegations in Paragraph Five.

6. Defendants admit the allegations in Paragraph Six with the exception that Rosemary Langley Melville is the San Francisco District Director.

7. Defendants admit the allegations in Paragraph Seven.

**JURISDICTION**

8. Paragraph Eight consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Eight.

**VENUE**

9. Paragraph Nine consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendants are without sufficient information or knowledge to either admit or deny Plaintiff's allegations regarding venue.

**INTRADISTRICT ASSIGNMENT**

10. Paragraph Ten consists of Plaintiff's allegations regarding intradistrict assignment, to which no responsive pleading is required.

**CAUSE OF ACTION**

11. Defendants admit the allegations in Paragraph Eleven.

12. Defendants admit the allegations in Paragraph Twelve. Plaintiff's fingerprints were last taken on October 12, 2007.

13. Defendants admit that Plaintiff was interviewed on April 26, 2006; however, Defendants deny that it was an examination.

14. Defendants are without sufficient information to admit or deny the allegations in

Paragraph Fourteen.

15. Defendants admit the allegations in Paragraph Fifteen; however, Defendants deny that it was an examination.

16. Defendants deny the allegations in Paragraph Sixteen.

17. Defendants admit the allegations in Paragraph Seventeen.

## PRAYER

18. Paragraph Eighteen consists of Plaintiff's prayer for relief for which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny the allegations in this paragraph.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Petition fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

The court should dismiss the Petition under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Petition with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: November 16, 2007                    Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney


                                             /s/
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Defendants