Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Guiying Wu

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Guiying Wu,<br><br>           Plaintiff,<br><br>    v.<br><br>**Peter D. Keisler**, Acting United States Attorney General;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br>**David Still**, San Francisco District Director, United States Citizenship and Immigration Services;<br>**Robert S. Mueller III**, Director of Federal Bureau of Investigation,<br><br>           Defendants. | Case No.: **C07-4858 MEJ**<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

The plaintiff, by and through her attorney of record, and defendants, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to dismissal of the above entitled action in light of the fact that the United States Citizenship and Immigration Services has granted the plaintiff's application for naturalization.

Each of the parties shall bear their own costs and fees.

Dated: November 26, 2007                                  Respectfully Submitted,

                                                          _____/s/_____
                                                          Justin Fok, CSBN: 242272
                                                          Attorney for Plaintiff


Dated: November 26, 2007                                  _____/s/_____
                                                          Edward A. Olsen
                                                          Assistant United States Attorney
                                                          Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _____                          _____
                                             MARIA-ELENA JAMES
                                             United States Magistrate Judge

STIPULATION TO DISMISS, C07-4858 MEJ
Wu v. Keisler, et al.