Justin Fok, Esq., CA State Bar #242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Guiying Wu

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| Guiying Wu, <br><br> Plaintiff, <br><br> v. <br><br> **Peter D. Keisler**, Acting United States Attorney General; <br> **Michael Chertoff**, Secretary of the Department of Homeland Security; <br> **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; <br> **David Still**, San Francisco District Director, United States Citizenship and Immigration Services; <br> **Robert S. Mueller III**, Director of Federal Bureau of Investigation, <br><br> Defendants. | Case No.: **C07-4858 MEJ** <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

   The plaintiff, by and through her attorney of record, and defendants, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to dismissal of the above entitled action in light of the fact that the United States Citizenship and Immigration Services has granted the plaintiff's application for naturalization.

STIPULATION TO DISMISS, C07-4858 MEJ
Wu v. Keisler, et al.

1 | Each of the parties shall bear their own costs and fees.

4 | Dated: November 26, 2007                    Respectfully Submitted,

_____/s/_____
Justin Fok, CSBN: 242272
Attorney for Plaintiff

Dated: November 26, 2007                    _____/s/_____
Edward A. Olsen
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: November 27, 2007        _____
MARIA-ELENA JAMES
United States Magistrate Judge

STIPULATION TO DISMISS, C07-4858 MEJ
Wu v. Keisler, et al.

2